■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES IRVING, Appellant. [696 NYS2d 886] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Brill, J.), rendered December 21, 1995, convicting him of criminal possession of a weapon in the second degree and reckless endangerment in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Many of the defendant's contentions regarding remarks made by the prosecutor during summation are unpreserved for appellate review (*see,* CPL 470.05 [2]). In any event, the prosecu-

tor's statements were fair responses to arguments raised by the defense counsel during summation (*see, People v Rivera,* 158 AD2d 723).

The defendant's remaining contentions are without merit. Bracken, J. P., S. Miller, Krausman and H. Miller, JJ., concur.